# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LT. BOLT, et al.,<br><br>　　　　Defendants. | 1:13-cv-00278-LJO-BAM (PC)<br><br>FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM<br><br>FOURTEEN-DAY DEADLINE |

　　Plaintiff Matthew James Dury ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971).  Plaintiff initiated this action on February 25, 2013.

　　On April 18, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim, with leave to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to state a claim.

　　The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY
2  RECOMMENDED that this action be dismissed based on Plaintiff's failure to state any claims
3  upon which relief may be granted.
4  These findings and recommendations will be submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C.§ 636(b)(l).  Within
6  fourteen (14) days after being served with these findings and recommendations, Plaintiff may file
7  written objections with the Court.  The document should be captioned "Objections to Magistrate
8  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
9  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
10 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **May 29, 2014**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE